COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name: Northern and Western Insurance Company Ltd. v. Sentinel Investment Group, LLC

Appellate case number: 01-12-00847-CV

Date motion filed: October 12, 2012

Type of Motion: Objection to Mediation

Party filing motion: Appellee

Trial court case number: 11DCV190036

Trial court: 268th District Court of Fort Bend County

It is **ORDERED** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated September 28, 2012.

Judge's signature: /s/ Jane Bland
                    x Acting individually

Date: October 30, 2012[i]

---

[i] Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**: Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).